UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STYLIANOS S. CHRISTIDIS | CIVIL ACTION |
| VERSUS | NO. 14-2677 |
| CARDWORKS SERVICING, LLC | SECTION "R" (1) |

## ORDER

Considering the Court has been informed by defendant's counsel that there is no opposition to plaintiff's motion to dismiss the complaint without prejudice (R. Doc. 8).

IT IS ORDERED that this matter is hereby DISMISSED without prejudice.

New Orleans, Louisiana, this 29th day of January, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE